**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5825
Fax: (718) 795-1642
Email: info@bkllawyers.com

SO ORDERED.

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: March 9, 2023

March 3, 2023

**Via ECF and Email**

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    *Ellen Hollis v. The All American Bar on First, Inc., et al.*
                 Case No. 22-cv-01466(JHR)(RWL)

Dear Judge Rearden:

      This firm represents Plaintiff in the above referenced matter. I write jointly with Defendants to respectfully request that the deadline to submit the parties' settlement agreement for judicial approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. Aug. 7, 2015) be extended two weeks from March 3, 2023 to March 17, 2023. The parties are in the process of finalizing the agreement, and we expect to submit it to the Court shortly.

      Thank you for your time and consideration.

Respectfully submitted,

*/s/ William Brown*

William Brown, Esq.
wbrown@bkllawyers.com

cc:    Robert O'Rouke (via email)
       Claudine O'Rourke (via email)
       Robert Gerola (via email)