USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLEN HOLLIS,

      Plaintiff,

-v.-

THE ALL AMERICAN BAR ON FIRST, INC. d/b/a AMERICAN TRASH, LAVA 164 CORP. d/b/a MARSHALL STREET, ROBERT GEROLA, ROBERT O'ROURKE, LOUISE DEMARCO, and CLAUDINE O'ROURKE,

      Defendants.

---

22 Civ. 1466 (JHR) (RWL)

ORDER

JENNIFER H. REARDEN, District Judge:

  IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on April 28, 2023 at 10:00 a.m., to address, among other things, Plaintiff's motion for settlement approval. ECF No. 42. In particular, the parties should be prepared to discuss authorities bearing on approval of a settlement that amounts to roughly 6% of Plaintiff's best-case recovery, inclusive of unpaid wages and tips, liquidated damages, and statutory penalties. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 110 985 74#.

  SO ORDERED.

Dated: April 19, 2023
   New York, New York

                _____
                JENNIFER H. REARDEN
                United States District Judge